LOUISA E. FITZGERALD, as Administratrix of the Estate of WILLIAM A. FITZGERALD, Deceased, Appellant, *v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY et al., Respondents.

*Fitzgerald* v. *Lake Shore & M. S. Ry. Co.*, 131 App. Div. 926, affirmed. (Argued January 12, 1910; decided January 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 29, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned by the negligence of the defendants.

*Irving W. Cole* for appellant.

*Thomas D. Powell* and *Evan Hollister* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WEBNER and HISCOCK, JJ.